Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DHEYAA A.E. AL-SAAD, d/b/a LANDMARK INTERNATIONAL CONSULTING SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS H. LEE EQUITY FUND VI, L.P., THOMAS H. LEE PARTNERS, L.P., and THOMAS H. LEE ADVISORS, LLC,<br><br>Defendants, | Civil Action No.: 07-CV-10689 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims in this action be dismissed with prejudice, and each party bear its own attorney's fees and costs.

Dated: February 7, 2008

Respectfully submitted,
Thomas H. Lee Equity Fund VI, L.P.
Thomas H. Lee Partners, L.P. and
Thomas H. Lee Advisors, LLC

By its attorneys

_____
James L. Messenger (BBO #547238)
Weil, Gotshal & Manges LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 772-8300
Fax: (617) 772-8333

Respectfully Submitted,
Dheyaa A.E. Al-Saad, d/b/a
Landmark International Consulting Services,

By its attorneys

_____
Timothy J. Daly (BBO #558842)
Daly Cavanaugh LLP
27 Mica Lane – Suite 101
Wellesley, MA 02481
(781) 237-0600